**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DONNA TALLY,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | **Case No. _____** |
| ) | |
| **NEIGHBORHOOD REINVESTMENT** ) | **JURY TRIAL DEMANDED** |
| **CORPORATION d/b/a** ) | |
| **NEIGHBORWORKS AMERICA,** ) | |
| **1255 Union St NE Suite 500** ) | |
| **Washington, DC 20002, USA** ) | |
| ) | |
| *Serve registered agent*: ) | |
| ) | |
| **Cogency Global Inc.,** ) | |
| **1025 Connecticut Ave. NW, Ste. 712** ) | |
| **Washington, DC 20036,** ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**COMPLAINT FOR EQUITABLE AND
MONETARY RELIEF AND DEMAND FOR JURY TRIAL**

Plaintiff Donna Tally, by and through counsel, brings this civil complaint against

Defendant Neighborhood Reinvestment Corporation, d/b/a NeighborWorks America

("NeighborWorks") for unlawful retaliation in violation of the False Claims Act 31 U.S.C. §

3730(h) ("FCA"), and sections 827 and/or 828 of the 2013 National Defense Authorization Act,

10 U.S.C. § 2409 *et seq.*, and 41 U.S.C.A. § 4712 *et seq.* ("NDAA").

**PARTIES**

1.      Plaintiff is a United States citizen and a resident of Longboat Key, Florida. She

was employed by Defendant from approximately November 1998 to on or about March 2, 2022.

2.      Defendant is a District of Columbia corporation headquartered at 1255 Union St

NE Suite 500, Washington, DC 20002.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §

1331, 28 U.S.C. § 1367, 31 U.S.C. § 3730, 31 U.S.C. § 3732, and 41 U.S.C. § 4712(c)(2).

4.      This Court has personal jurisdiction over Defendant because it is a District of

Columbia business organization and conducts significant business in the District of Columbia.

5.      This Court is the proper venue under 28 U.S.C. § 1391(b) and 31 U.S.C. § 3732

because Defendant is headquartered in and transacts business in the District of Columbia and the

unlawful employment practices alleged in this action took place in the District of Columbia.

## ADMINISTRATIVE EXHAUSTION

6.      On August 22, 2022, Tally filed a timely complaint with the Office of Special

Inquiry in the United States Department of Housing and Urban Development, Office of Inspector

General ("HUD OIG").

7.      On August 8, 2023, the HUD OIG closed its review of Tally's complaint.

8.      Tally properly administratively exhausted her claims.

## FACTUAL ALLEGATIONS

9.      NeighborWorks is a congressionally chartered public nonprofit organization

headquartered at 1255 Union Street NE, Suite 500, Washington, D.C. 20002.  NeighborWorks

was established by Congress in 1978 to revitalize neighborhoods, and its mission is to create

opportunities for people to live in affordable homes, improve their lives, and strengthen their

communities.

10.     The Board of Directors of NeighborWorks is assigned by statute and includes

senior level representatives from the regulatory agencies that are responsible for oversight and

compliance of the nation's financial institutions.  This includes: the Chairman of the FDIC; a

member of the Board of Governors Federal Reserve System; a Cabinet member and Acting

Secretary of United States Housing and Urban Development; the Senior Deputy Comptroller for

Bank Supervision and Policy Office; Comptroller of the Currency; and a Board Member of the

National Credit Union Association.

11.      NeighborWorks uses a percentage of its federal appropriation to provide grants to

almost 250 nonprofits that are chartered NeighborWorks organizations and collectively make up

the NeighborWorks network.  NeighborWorks America receives federal appropriations and other

grants from the US Department of Treasury and HUD annually.  These federal monies constitute

90% or more of NeighborWorks annual funding.  The Neighborhood Reinvestment Corporation

Act requires NRC to use the federal funds it receives to support its network organizations in

accordance with the "administrative and cost standards issued by the Office of Management and

Budget similar to standards applicable to non-profit grantees and educational institutions."  42

U.S.C. 8104(e).  According to the investigation and report conducted by the Government

Accountability Office (GAO), NeighborWorks must comply with federal laws that govern

procurement, whistleblower protection, and government contracting.

12.      According to the Government Accountability Office, since NeighborWorks

receives federal grants, it is required to comply with applicable provisions of 2 C.F.R. part 200

for those grants or as a pass-through entity, as appropriate.  As a grant recipient, NeighborWorks

must comply with all requirements of the federal award, including requirements on executive

compensation and whistleblower protections, establishing a financial management system, and

maintaining effective internal controls.  As a grant recipient, NeighborWorks also must disclose

any conflict of interest to the federal awarding agency in accordance with the federal awarding

agency's policy.

13.    Tally began working for NeighborWorks as the National Coordinator for

NeighborWorks Homeownership Centers in or about November 1998.

14.    NeighborWorks promoted Tally several times, and Tally held multiple positions

during her twenty three year tenure at NeighborWorks America, including, but not limited to,

Manager of Nstep (technology owned and operated by NeighborWorks), National Coordinator

for Gulf Rebuilding (post Hurricane Katrina), Director of LIFT ($350 million Down Payment

Assistance Program), Senior Director of Sustainable Homeownership Pilot (SHP), a pilot

focused on creating sustainable nonprofits, and Senior Director of the Sustainable Business

Initiative (SBI), (mainstreaming the SHP pilot).

15.    NeighborWorks Officers promoted Tally to be its Vice President of Resource

Development in or about May 2018.

16.    NeighborWorks owned and operated CounselorMax®—a client management

system ("CMS") software since in or about 2007.

17.    On or about November 20, 2018, NeighborWorks sought board approval to

replace its then Client Management System ("CMS") CounselorMax, with a modern CMS

module for the housing counseling industry to be built on the technology that was created as part

of the Sustainable Business Initiative (SBI) which started in 2013.  The SBI technology was built

on the Salesforce platform and was called "SBI Tech".  SBI Tech was a modern and proven

technology owned and operated by NeighborWorks America and made available exclusively to

the NeighborWorks Network members participating in SBI.  The NeighborWorks Network

members using SBI Tech realized significant benefits related to increases in efficiency,

production, scale, and sustainability.  The Sustainable Business Initiative was among the highest

priority projects of the corporation.  The projected cost for building and maintaining the modern

CMS module was approximately $2.79 million over five years, and the proposed funding model

included three major sources of income: annual subscription and application fees; core funds,

including funds from the appropriations grant line approved by the National NeighborWorks

Association ("NNA"); and non-core sources, which include fundraised sources sought by the

resource development team.  Annual subscription and application fees were forecasted without

adequate justification and were never realized, millions in taxpayer dollars were wasted due to

gross mismanagement, and deliverables promised to Compass funders were not met due to

repeated Compass failures.

18.    On or about December 19, 2018, the board approved (1) replacing CounselorMax

with a modern CMS module built on SBI Tech for utilization by both network organizations and

the broader housing counseling industry and (2) spending the remaining National Foreclosure

Mitigation Counseling Program earned interest funds on a modern CMS module.

19.    NeighborWorks started discussions about purchasing Launchpad from the

Housing Partnership Network, Inc. in or about early 2019.

20.     On or about March 2019, Acting COO Sheila Rice initiated the recruitment of

Tally back to SBI Tech to play a lead role in the design and customer success aspects of the new

CMS module for the Housing Counseling Industry and to re-assume Tally's position as Senior

Director of SBI.

21.    On or about May of 2019, Tally transitioned from Vice President of Resource

Development and was promoted to Senior Director of SBI and Compass Customer Success to

assist with what was deemed by leadership as the most critical project in the corporation.

22.    On or about June 2019, NeighborWorks named SBI Tech, inclusive of the new

CMS module being built, NeighborWorks Compass® ("Compass").

23.     On or about August 7, 2019, NeighborWorks chief executive officer, Marietta Rodriquez, told Tally via text that her desire to purchase Launchpad was driven by her intent to "take out" Chuck Wehrwein, HPN's EVP and chief operating officer. Rodriguez told Tally that she wanted to take Wehrwein out of the market because he "tried to put the screws to me last December."

24.     Tally reported concerns about the Launchpad purchase and gross mismanagement throughout 2019, noting that attempts to integrate Launchpad and Compass would destroy Compass' functionality and render it effectively unusable because the data models of the two systems did not match.  Tally also reported that minimal due diligence conducted revealed considerable risks to purchasing Launchpad which were ignored by NeighborWorks.  Tally also advised that language protective of NeighborWorks interests in the Letter of Interest/Purchase Agreement had been removed to benefit HPN and Wehrwein.

25.     On or about September 27, 2019, NeighborWorks and HPN signed a purchase agreement, and NeighborWorks purchased the Launchpad code and customers from HPN for $1,000,000.  NeighborWorks failed to meet the terms of the contract due to gross mismanagement and was forced to renegotiate the contract repeatedly, giving more money to HPN each time.  NeighborWorks America spent almost $2,000,000 on Launchpad, almost doubling the amount paid to HPN originally for code and customers.

26.     On or about January 6, 2020, Susan Ifill started her new job as COO of NeighborWorks America.

27.     On or about January 30 and 31, 2020, Ifill called a "Pause and Reset" meeting of the full Compass Team to get a comprehensive briefing on the status of the Compass project and

the challenges related to the purchase of Launchpad code and customers, including details about technical debt accumulated since inception of SBI Tech.On or about January 30, 2020, after the first session of hearing the full extent of the risks and challenges to Compass relative to the purchase of Launchpad that lay ahead, Ifill asked Tally, "So if this is going to be so difficult, why did we buy Launchpad?"  Tally responded, "because Marietta wanted revenge against Chuck Wehrwein".

28.     On or about February 4, 2020, Tally reported to COO Ifill, and Compass Project Lead Tasha Harris, that "we did not buy useable code" and reported numerous critical issues with using the Launchpad code.

29.     On or about March 2020, NeighborWorks made Tally responsible for making the pitch to Truist Foundation and the Truist Technology Experts for the build-out and launching of the new CMS module which resulted in a grant for Compass from Truist in the amount of $7,000,000. Deliverables that were promised to Truist were not met.

30.     On or about March 5, 2020, NeighborWorks initiated a reorganization that placed Tally and the Compass product team under the Office of the COO, Ifill, and under the supervision of Harris, the Vice President of Program Operations and Compass Project Lead.

31.     On or about May 4, 2020, Harris notified Tally that she was removing her direct reports; this was in violation of NeighborWorks' normal policies and procedures which require approval from officers to remove a supervisor's direct reports.  According to the SVP of Human Resources, Tiffany Lawrence, Harris did not have officer approval when she told Tally that she was removing her direct reports.

32.     On or about May 4, 2020, Harris falsely accused Tally of having racist motives because Tally asked one of her direct reports to review Compass content to ensure it would

resonate with diverse audiences.  Harris stated that the only reason Tally assigned this goal to her direct report was because he was black, though he held the position of content editor for the product team and it was the NeighborWorks policy that all employees should have a race, ethnicity, diversity, and inclusion goal in their workplans.

33.    On or about May 8, 2020, COO Ifill called two members of the product team individually, and falsely told them that Tally was sending mixed messages (implying that Tally was lying), and that there were emails to prove the same.  Tally reported this to multiple officers of the corporation and asked for a meeting to discuss with the SVP of HR, Tiffany Lawrence. Lawrence, Harris, Ifill, and Tally were present at the meeting.  During the meeting, Tally asked the COO and the SVP of HR to produce the emails that supposedly proved that Tally was sending "mixed messages".  Both assured Tally that the emails did not exist.  Ifill did not provide a response or explanation as to why she would contact employees and consultants and make false claims against Tally related to personnel matters.

34.    On or about May 12, 2020, Tally reported her concerns to Lawrence, SVP of HR, regarding Harris's hostile treatment toward her due in part to Tally's efforts to point out problems related to the Launchpad purchase and how it was compromising the Compass project, Tally's concerns about Harris implying to team members that Tally was lying, and the removal of Tally's direct reports.  Tally reported that she was concerned that Harris and Ifill would downgrade her performance scores due to Tally's protected activities.  Lawrence assured her that it would not happen, and if it did, and the only thing that changed was her supervisor, that would raise a red flag and HR would get involved.  Tally's performance scores were consistently near or above 3.5 on a 4-point scale for 23 years.

35.    On or about July 22, 2020, Harris sent an email to Tally and the Compass product

team advising that NeighborWorks' internal auditing department was investigating Compass. Harris instructed Tally and the product team to cooperate fully with the audit.

36.     On or about August 5, 2020, NeighborWorks CEO Marietta Rodriguez sent Tally a text saying that there are three issues for which she needed to expend personal capital with the Board of Directors.  Rodriguez indicated that the three issues were: "1.  The project needs $4.5 million more over the next 5 years, 2. We have to pay HPN more money, 3. The timeline is in question".  "All three will have to be explained to the Board".  Tally responded, "HPN deal was a disaster from day 1.  There are many emails where I said this to Bruce and Sheila (lead Technical Architect and Acting COO in 2019).  Internal Audit will reveal this."

37.     On or about August 6, 2020, during an emergency team meeting, members of the Compass product team told Harris that Harris's hostile and combative behavior was compromising the team and the product and that the mismanagement of the Compass project and the toxic environment was contributing to delays and failures.  During the meeting, the VP of Business Intelligence Michael Butchko called Tally and two female members of the team a "girl clique."

38.     On or about September 17, 2020, Rodriguez and Ifill held individual meetings with employees who complained about the hostile and toxic work environment as part of a follow up from the August 6, 2020 emergency meeting. Tally attended a meeting with Ifill and Rodriguez and reported hostile workplace and combative behavior again by Harris due to her earlier complaints of gross mismanagement, and Tally reported that the toxic nature of the workplace was compromising Compass progress.  Rodriguez asked Tally "What do you want me to do about it?" Tally responded, "I want you to make this (toxic behavior) stop."  According to the personnel policy at that time, dated 2019, employees should expect to receive a satisfactory

response within five days after reporting an incident perceived to be harassment. Though Rodriguez promised all employees who had an individual meeting with her and Ifill a response to the collective reports, no response came. That same policy promises whistleblowers protection; but NeighborWorks failed to protect any of the multiple whistleblowers who came forward to report wrongdoing and retaliation.

39.     On or about October 9, 2020, Ifill removed Tally from the national data standard working group representing the Housing Counseling Industry. Tally had been active and engaged in that group since 2017 and had contributed significantly to the national goals. This limited Tally's scope and engagement which had never been the case before her reports of gross mismanagement, wasteful use of taxpayer dollars, and abuse of power.

40.     On or about October 21, 2020, Tally met with members of NeighborWorks' internal auditing department which included Fred Udochi, Chief Internal Auditor, Guy Meruvia, Vice President Internal Audit, and Ricardo Valderrama, Internal Audit Staffer. Internal auditors asked questions about the purchase of Launchpad and the procurement process being used to acquire Launchpad. Tally answered all questions and reported improprieties in the Launchpad purchase. Specifically, Tally reported the wasting of approximately $20 million dollars including millions in taxpayer dollars, that Launchpad was incompatible with Compass, and that Rodriquez pursued the purchase despite several negative reports from internal technical experts and contractors hired to perform due diligence.

41.     On or about October 22, 2020, Tally forwarded multiple documents to Udochi, Chief Internal Audit Executive, that supported her reports that the due diligence did not support the non-compliant Launchpad purchase, that Rodriguez was intent on pursuing the purchase and putting millions of taxpayer dollars at risk in order to seek revenge against Chuck Werhwein, and

to put NeighborWorks America in a superior position in the marketplace.  Page 35 of the GAO report confirmed that the purchase of Launchpad was a violation of NeighborWorks America's own policy regarding technology purchases.

42.    Notably, NeighborWorks noncompetitively awarded Build Consulting, a technology nonprofit organization, a federally assisted $343,800 contract to both assess problems with Compass and implement a solution.  On or about November 11, 2020, Build Consulting issued a current state findings report about SBI Tech/Compass.  The report identified numerous failings and problems with the current state of Compass. Rodriguez and Ifill instructed the administrative team to "water down" the report because Chairman Gruenberg was up in arms about Compass failures; this watered down report was called the "Gruenberg" version of the report.

43.    On or about November 23, 2020, the Compass team provided a 33-page detailed response to the Build Consulting findings, noting about 65% of the report contained critical errors and inaccuracies.  Ifill promised the product team that another version of the report would be created and disseminated which would correct the errors and be called the "moderated" report.  The moderated report was never created and was never shared with the Compass Team or the Board of Directors of NeighborWorks.

44.    On or about December 7, 2020, Tally reported to Ifill that Compass was failing because of the Launchpad purchase.  Specifically, Tally reported that the Compass and Launchpad code were incompatible, that the Launchpad purchase would continue to cause problems, and that there were growing complaints from Launchpad users and network Compass users.  Ifill asked Tally if she told anyone else about her concerns, and Tally advised that she reported these facts to NeighborWorks' internal auditors during the meeting that they had

requested with her.

45.    On or about December 7, 2020, Ifill and Harris falsely accused Tally of a lack of transparency in information sharing.  Ifill accused Tally of not sharing information about technical debt related to Compass.  Tally and the entire Compass Team had routinely reported and discussed technical debt which is a typical byproduct of development and had shared in great detail with Ifill and Harris extensively at the "Pause and Reset" meeting on January 30-31, 2020. Rodriguez had known about the technical debt since the SBI Tech product inception.  Technical debt was an ever-present subject on the Compass Team and was not a secret to leadership; there had been two previous "current state" reports and both emphasized technical debt as a challenge to future goals.

46.    On or about December 14, 2020, Tally sent additional supporting documents related to gross mismanagement, wasteful use of taxpayer dollars, and abuse of power Meruvia, and Valderrama per Valderrama's request. The documents further demonstrated NeighborWorks ignored negative due diligence reports during the Launchpad purchase.  On page 30 of the GAO report, Udochi told the GAO that a whistleblower case should have been initiated upon receipt of the supporting evidence in December of 2020.

47.    On or about January 8, 2021, Harris and Ifill met with Tally to force her to change her performance scores for each of her direct reports.  Forcing the change of scores was a deviation from the normal performance review process in which a direct report's supervisor has the final approval in the scoring.  Neither Harris nor Ifill was the direct supervisor of the affected employees, and Harris only occasionally interacted with one of Tally's direct reports and not at all with her other two. In a follow-up email, Ifill directed Tally that she was not to communicate with the team unless she got permission from Harris.

48.     In or about mid-January 2021, the VP of Homeownership position became available.  Tally was overqualified for the position and applied.  Tally asked her then supervisor Lee Anne Adams, if she would inquire with COO Ifill about her viability as a candidate.  Adams responded saying Ifill would not say either way.  Tally was granted one interview but did not progress toward the other iterative recruitment steps.  Although Tally was well qualified for the job, had been on a course for 23 years building toward that position, and though she had already been promoted to VP previously in another department, she was eliminated from the recruiting pool. Ifill was the supervisor of the hiring manager and had influence over the decision and hiring of this position.

49.     On or about January 13, 2021, Harris sent an e-mail to Tally, and copied Harris, instructing her that going forward, Tally was required to submit agenda items by close of business on Thursdays, prior to their Friday meetings.  Ifill responded that she wanted a list of what Tally worked on for each  week going forward.  In the past 23 years working at NeighborWorks, Tally was never asked to document or prove that she had completed work.

50.     On or about January 22, 2021, with no prior warnings or notice at all, Harris and Ifill placed Tally on a performance improvement plan (PIP) falsely alleging issues with Tally's performance and indicating that she was not eligible to apply for the VP of Homeownership position due to the PIP.  The NeighborWorks Administrative policy regarding issuing PIPs requires the supervisor to communicate extensively with the employee about performance matters before issuing a PIP.  Tally received no such notice that her performance was an issue and her PIP was received via email.  The PIP was noncompliant with NeighborWorks policy because it did not have a term.  The PIP also falsely accused Tally of being a poor performer yet forced her to continue working on Compass through the end of 2021.  Tally submitted a 43-page

13

document to the SVP of HR rebutting the false allegations in the PIP, along with supporting proof of claims that were not true.  Tally had 23 years of positive performance marks and NeighborWorks had provided her bonuses and spot awards during her tenure.  In 2018, NeighborWorks issued her a score of 4.00 out of 4.00.  In 2019, NeighborWorks issued her a score of 3.67 out of 4.0.

51.     On or about January 26, 2021, Ifill and Harris removed Tally's decision-making authority as a member of the Compass team and designated Harris and others as decisionmakers on the project.  Harris and others held a meeting showing the changes to the reporting structure and made it clear that Tally was demoted and would only play an advisory role going forward.

52.     On or about February 2, 2021, Tally submitted a formal letter of complaint to HR reporting numerous occurrences of retaliatory and hostile behavior and actions toward her by Harris and Ifill.

53.     On or about February 5, 2021, exhausted from retaliation and the toxic work environment, Tally went to Lawrence, SVP of HR, and asked to be removed from the Compass project due to retaliation by Ifill and Harris.  Lawrence instructed Tally to transition workload and assume 25-30% workload on Compass, and 75% workload assigned to the Sustainable Business Initiative.  Previously, Tally spent almost all of her time working on Compass.

54.     On or about February 21, 2021, Tally reported to CEO Rodriguez that Ifill and Harris were retaliating against her and harassing her due to her reports about Compass and Launchpad. Rodriguez responded, "that's not my experience" and told Tally that the conversation was making her uncomfortable because it could result in litigation.  Rodriguez did not direct Tally to any whistleblower policies or take any actions related to her concerns. Rodriguez referred Tally to the Office of General Counsel, Rutledge Simmons.  Tally had

already reported wrongdoing and retaliation to Simmons, General Counsel - he took no action to protect her or to address her concerns.  During the call on February 21, 2021, Rodriquez repeatedly tried to convince Tally that she should resign saying that "for everything there is a season," insinuating that this was the season for Tally to leave the corporation.

55.      On or about March 9, 2021, Tally refused to sign off on an invoice submitted by a consultant because it contained hours billed for work that had not been assigned and for which no deliverables had been provided.  Ifill called Tally and later said this was a "she said, she said situation" and was going to pay the invoice in full, disregarding Tally's concerns.  Tally reported this incident and each incident going forward to HR, or to General Counsel, or to the CEO, or to the Chief Internal Auditor.

56.      On or about March 22, 2021, Ifill threatened to defund the Sustainable Business Initiative which was the high priority program Tally had led since 2013 and that covered her salary.

57.      On or about March 24, 2021, Tally received a threatening email from an external contractor, Nic Campbell from Build Consulting.  The threat was related to what would happen to Tally if she continued to voice concerns regarding Launchpad failures and failures to comply with HUD standards for CMS vendors.  Tally reported the threatening email to both SVP of HR Lawrence, and General Counsel Simmons.  The day after receiving the threat from Campbell, Tally contacted Simmons and asked to be removed from the Compass project effective immediately due to retaliation.

58.      On or about March 29, 2021, Lawrence confirmed that Tally would be removed from the Compass Team because of the threatening email from Campbell.

59.      On or about March 30, 2021, Tally resumed her position as senior director of the

Sustainable Business Initiative but with no Compass or Launchpad-related assignments moving forward.

60.     On or about April 1, 2021, during a formal meeting with Chief Internal Auditor Udochi and internal auditor Meruvia, Tally came forward as a whistleblower and reported her concerns of retaliation and concerns related to the Launchpad purchase and the negative consequences related to Compass objectives as defined in the December 2018 Board Approval Memo.  Tally reported concerns regarding Launchpad failures and the related issues that were compromising progress on the Housing Counseling module.  Tally also reported the technical non-compatibility with Compass and her suspicion that Rodriquez had pursued the purchase despite negative reports from the internal product team and contractors assigned to perform due diligence.  Tally also reported that sole-source contracts had gone to friends of Christi Ford, NeighborWorks' senior vice president of training in violation of the conflict-of-interest policy and related to improper government procurement.  Tally also reported that Ifill and Harris were retaliating against her for raising the forgoing concerns, and, in response, Udochi said Tally should only communicate with him on personal devices not NeighborWorks devices.  Udochi stated that "we need to keep this at a high level because this involves people that I work with."

61.     Udochi told Tally that when a whistleblower comes forward, he must have the whistleblower engage with a representative on the Board's Audit Committee within 48 hours. On or about April 3, 2021, Tally met with Udochi and Hershel Lipow, NeighborWorks's board staffer representing the Board member with the Comptroller of the Currency, and reported her concerns about the Launchpad purchase, specifically Launchpad's incompatibility with Compass and that Rodriquez had pursued the purchase despite negative reports from staff and contractors assigned to perform due diligence.  Tally also reported failure to comply with HUD

requirements, gross mismanagement, gross waste of government funds, and retaliation. At the

end of the meeting Lipow said he wanted to apologize on behalf of the Board, thanked Tally for

coming forward, and promised the Board would investigate her reports. Udochi noted that he

would have to report to CEO Rodriquez that a whistleblower has come forward about the

Launchpad purchase, Compass mismanagement, procurement and conflict of interest violations,

and retaliation.

62.    On April 6, 2021, Tally reported to Udochi that she feared further retaliation from

Rodriquez and Ifill and asked if she could report ongoing retaliation directly to him; Udochi

replied that she should report any retaliatory actions directly to him.

63.    In or about April 2021, Tally's attorney notified NeighborWorks about potential

violations of the NDAA and issued an NDAA document hold notice to NeighborWorks America.

64.    On or about April 7, 2021, Tally reported concerns of retaliation against her when

Compass leadership required one of Tally's direct reports on the SBI project, Karen Graziano, to

monitor a Compass mailbox, when she did not have the information to perform the job and was

retiring soon. Also, on or about April 7, 2021, Tally reported to HR that Ifill and Harris often

engaged directly with Tally's direct reports on the SBI project - not the Compass project, without

copying Tally, even though she was their direct supervisor.

65.    On or about April 13, 2021, Tally reported her concern that NeighborWorks failed

to take action when Nic Campbell sent the threatening email to Tally because SVP of HR

Lawrence had previously told Tally that Campbell would be removed from the Compass project

due to the threatening email; but that did not happen

66.    On or about May 10, 2021, Tally sent an e-mail to Lawrence, Simmons, Udochi.

and Kim Peart with Human Resources notifying them that she needed to take medical leave due

to the retaliation and hostility she was experiencing by corporate leadership.  NeighborWorks

denied Tally's request to use her sick time, of which she accrued 1800 hours, rather than using

FMLA leave.

67.    On or about August 12, 2021, Tally alerted Simmons that the manner in which the

Compass team was notified about the change in her role was not handled well and had promoted

rumors that left some staff wondering if something was wrong with Tally or if she was fired.

Tally reported that she believed this was retaliation and asked Simmons to set the record straight.

Simmons failed to address Tally's concerns and rumors continued regarding Tally's reputation

and status.

68.    On or about September 15, 2021, the contract with Build Consulting was

extended and NeighborWorks requested that Build Consulting conduct a final "

postmortem" evaluation of Compass although the scope of work in the contract was not modified

in accordance with procurement rules and regulations.

69.    In or about September 2021, NeighborWorks finalized a new policy regarding its

Audio-Visual Recording Policy but did not communicate the policy to staff making it impossible

for staff to be compliant.  The language in the policy indicated that internal meetings are FOIA

discoverable, and the corporation was trying to remove/delete meeting recordings that may have

negative implications/legal risks to the corporation.  Tally's legal counsel at the time reported

Tally's concern to NeighborWorks that such action may be in violation of the NDAA hold notice

he sent on her behalf in April 2021, it was an act of further retaliation, and that NeighborWorks

should not destroy any documents.

70.    In or about November 2021, Tally responded to a call from Simmons regarding

HUD's approval of Compass.  Tally reported to Simmons that the Compass product did not meet

HUD's requirements.  NeighborWorks was advertising Compass as being a HUD-approved CMS despite the fact it did not meet the requirements for such approval.

71.    On or about November 3, 2021, Lou Tisler, Executive Director of the National NeighborWorks Association and Sarah Brinkman, Internal Policy Committee Chair of the National NeighborWorks Association, sent a letter to NeighborWorks CEO Rodriguez which included issues, suggestions, comments, and concerns regarding NeighborWorks Compass.  The letter stated that based on a listening session with NeighborWorks network members, NeighborWorks organizations (nonprofits funded by NeighborWorks America) could "see the value in a fully functioning NeighborWorks Compass, though it would seem that our members' basic expectations, which were established at the onset by NeighborWorks America as the software developer for training, support, data reliability, and communications are perceived as not being met.  These actions are negatively impacting organizational reputation in their communities, client perspectives of organizational competence, quality of services to clients that clients experience, and the loss of potential revenue".  The letter further details the specifics about the concerns that NeighborWorks users had, and the challenges they were  facing because of failures in the management of Compass.  In closing the letter states that "the majority of those in the listening session want NeighborWorks Compass to be successful and to match the excellence of the network, but the experience and frustration shared by every organization in the session is a concern for NNA (National NeighborWorks Association)."

72.    On or about January 12, 2022, Tally requested to her supervisor Lee Ann Adams and then SVP of HR, April Brady, that Harris, Rodriguez and Ifill not be involved in her performance reviews due to retaliation based on her prior protected activity to HR, OGC, and Internal Audit. Brady declined the request and issued Tally falsely lower performance scores, a

major deviation from her past 23 years of performance reviews

73.     In mid-January 2022, CEO Rodriguez sent a last-minute request via Lee Anne Adams, Tally's then supervisor, which directed Tally to create an augmented report on SBI after 5 pm on Friday and before the Martin Luther King Jr. holiday on Monday.  Tally reported her concern that she was being targeted and retaliated against by putting pressure on Tally to deliver last minute requests after the workday was completed.

74.     On or about January 25, 2022, Tally reported to Udochi that NeighborWorks removed her picture and quotes from an article in the company e-newsletter, a deviation from the standard process.

75.     On or about March 2, 2022, NeighborWorks terminated Tally's employment.

76.     In or about August 18, 2022, NeighborWorks former Acting CIO Mike Huthwaite told Tally that he believed that NeighborWorks wasted five years and almost $20 million on failed attempts to repair Compass after the Launchpad purchase and that NeighborWorks discredited Tally, thus compromising her ability to find a new job in the community development field. Huthwaite explained that NeighborWorks executives suspected Tally was the reason for the investigations (GAO and HUD) and when Huthwaite raised questions, he was excluded from the conversations. Huthwaite also shared that the Compass project was undergoing scrutiny through various audits and investigations, including inquiry from Senator Toomey's office. Huthwaite further explained his view that racial bias against him and Tally may have also played a role in their treatment.

77.     On June 14, 2023, the GAO issued a report on NeighborWorks America.[1] The GAO report found, among other things that: 1) NeighborWorks America made multiple

---

[1] A copy of the GAO report is publicly available: https://www.gao.gov/assets/gao-23-105944.pdf

procedural violations of 2 C.F.R § 200 related to establishing uniform administrative requirements, cost principals, and audit requirements for federal awards to non-federal entities; 2) NeighborWorks staff were afraid of retaliation; 3) NeighborWorks does not have compliant whistleblower policies or procedures; 4) NeighborWorks Chief Internal Auditor Fred Udochi admitted that Tally's complaints should have been handled as a whistleblower case in December 2020 which is when Tally sent evidence of major risks disclosed during due diligence prior to the purchase of Launchpad; 5) NeighborWorks America violated its own policy with the purchase transaction of Launchpad; 6) there were multiple whistleblowers; and 7) NeighborWorks agreed with the GAO's findings.

78.     As a result of NeighborWorks' illegal retaliation, Tally has suffered economic damages, mental anguish, and loss of reputation, and she will continue to sustain damages into the future.

## COUNT I
### Retaliation in Violation of the False Claims Act
### 31  U.S.C. § 3730(h)

79.     Tally incorporates all of the allegations set forth in the foregoing paragraphs as though fully alleged herein.

80.     The False Claims Act, 31 U.S.C. § 3730(h), prohibits NeighborWorks from retaliating against employees who engage in protected conduct by taking lawful actions in furtherance of an FCA claim or by making efforts to stop one or more violations of the FCA.

81.     Tally engaged in protected activity when she reported improprieties in the Launchpad purchase, raised concerns related to sole-source contracts going to NeighborWorks' executives' friends, and reported concerns that NeighborWorks was advertising Compass as being HUD approved.

21

82.     NeighborWorks retaliated against Tally because of her protected activity when it terminated her employment on or about March 2, 2022.

83.     NeighborWorks' stated and forthcoming reasons for terminating Tally are pretextual.

84.     For NeighborWorks' unlawful retaliation against Tally in violation of the FCA, Tally is entitled to such legal or equitable relief as will effectuate the purposes of the FCA, including but not limited to reinstatement, economic and compensatory damages, and reasonable costs and attorneys' fees.

**COUNT II**
**Retaliation in Violation of National Defense Authorization Act**
**41  U.S.C. § 4712 *et seq.***

85.     Tally re-alleges and incorporates the allegations set forth above as though fully alleged herein.

86.     At all times relevant to this complaint, Tally was an "employee of a contractor, subcontractor, grantee, or subgrantee" as defined at and provided for under the NDAA, 41 U.S.C. § 4712(a)(1).

87.     At all times relevant to this complaint, NeighborWorks was a "contractor, subcontractor, grantee, or subgrantee or personal services contractor" as defined at and provided for under the NDAA, 41 U.S.C. § 4712(a)(1).

88.     Tally reported gross mismanagement of a federal contract, gross waste of federal funds, abuse of authority, and violations of laws, rules, and regulations when she raised concerns related to the Launchpad purchase, raised concerns related to sole-source contracts going to NeighborWorks' executives' friends, and raised concerns that NeighborWorks was advertising Compass as being HUD approved.

89.     As a result, NeighborWorks, knowing that Tally engaged in protected activity, subjected Tally to reprisal by terminating her employment on or about March 2, 2022, in violation of 41 U.S.C. § 4712(a)(1).

90.     Tally has sustained damages as the result of NeighborWorks' illegal retaliation in violation of the NDAA and is entitled to such legal or equitable relief as will effectuate the purposes of the NDAA, including but not limited to reinstatement, economic and compensatory damages, and reasonable costs and attorneys' fees.

## PRAYER FOR RELIEF

Tally respectfully requests that she be awarded the following relief:

a.  Judgment against NeighborWorks in the amount of economic damages, compensatory damages, liquidated damages, and punitive damages to be determined at trial;

b.  Pre-judgment and post-judgment interest;

c.  Employment, reinstatement, promotion, or other equitable relief;

d.  Front pay and back pay;

e.  Interest due on unpaid wages;

f.  Reasonable attorneys' fees and costs of this action; and

g.  Any other relief this Court deems just and proper to award.

## JURY DEMAND

Tally demands a jury trial on all claims triable to a jury.

Dated: January 6, 2025                    Respectfully submitted,


                                          /s/ Anita Mazumdar Chambers
                                          R. Scott Oswald (D.C. Bar # 458859)
                                          Anita Mazumdar Chambers (D.C. Bar # 1046845)
                                          The Employment Law Group, P.C.
                                          1717 K Street, NW, Suite 1110
                                          Washington, D.C. 20006
                                          (202) 261-2821 (telephone)
                                          (202) 261-2835 (facsimile)
                                          soswald@employmentlawgroup.com
                                          achambers@employmentlawgroup.com
                                          *Attorneys for Plaintiff Donna Tally*